IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTURO GUTIERREZ; CRISTINA GUTIERREZ; and DOES 1-5,<br><br>    Defendants.<br>_____/ | No. C 11-05288 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO REMAND AND DENYING AS MOOT DEFENDANT MENDOZA'S REQUEST TO PROCEED IN FORMA PAUPERIS (Docket Nos. 3, 4 and 11) |

    This case is an unlawful detainer action that was originally filed in Solano County on June 15, 2011.  On June 23, 2011, Guadalupe Mendoza, an alleged tenant, answered the complaint.  After Mendoza removed the action to federal court, citing grounds based on diversity, Plaintiff filed a motion to remand and served the motion on Mendoza.  Docket No. 4.  The case was reassigned to the undersigned, and Plaintiff renoticed the motion.  Docket No. 11.

    Remand of this action to the Solano County Superior Court is warranted.  Mendoza has failed to oppose the motion for remand.  Furthermore, the notice of removal appears to be procedurally defective.  Pursuant to 28 U.S.C. § 1446(a), a defendant or defendants seeking removal of any civil action must file a signed notice of removal "containing a short and plain statement of the grounds for removal."  In a case involving multiple defendants,

"all defendants must join in a removal petition." Proctor v. Vishay Intertechnology, Inc., 584 F.3d 1208, 1224 (9th Cir. 2009) (internal alterations omitted). Here, however, there is no indication in the notice of removal or elsewhere in the docket that Defendants Arturo and Cristina Gutierrez have joined the request for removal.

Plaintiff's motions to remand the case are granted. Docket Nos. 4 and 11. Mendoza's application to proceed in forma pauperis is moot and, thus, denied without prejudice. Docket No. 3. The clerk is directed to remand the file to the Solano County Superior Court.

IT IS SO ORDERED.

Dated: 1/20/2012

CLAUDIA WILKEN
United States District Judge

2